# EXHIBIT C

# ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that New Century Mortgage Corporation, which is organized and existing under the laws of United States of America

FOR GOOD AND VALUABLE CONSIDERATION RECEIVED, hereby grants, assigns and transfers to

Deutsche Bank National Trust Company, as Trustee for IXIS 2006-HE3, in c/o Saxon Mortgage Serivices, located at 4708 Mercantile Drive North, Fort Worth, TX 76137

All of the right, title, and interest that said New Century Mortgage Corporation has in and to that certain Mortgage dated May 1, 2006, executed by James P Moynihan and recorded with the Middlesex County(Northern District) Registry of Deeds at Book, 20067, Page 159, describing the land therein as 619 - 621 Stevens Street, Lowell, MA 01851;

TOGETHER with the Note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Mortgage.

IN WITNESS WHEREOF, New Century Mortgage Corporation has caused these presents to be signed by its duly authorized officer and its corporate seal to be hereunto affixed, this 11th day of November, 2008. This assignment has an effective date of May 7, 2008.

IN THE PRESENCE OF:                    New Century Mortgage Corporation

_____                _____
Melissa Price                          Valerie Clark   Authorized Signatory

2009 00020068
Bk: 22959 Pg: 288   Page: 1 of 1
Recorded: 04/30/2009 11:40 AM

### STATE OF TEXAS
### County of Tarrant

On November 11, 2008  before me, Melissa Beth Price personally appeared
_____Valerie Clark_____ personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____                MELISSA BETH PRICE
NOTARY PUBLIC SIGNATURE                 Notary Public, State of Texas
                                        My Commission Expires
                                        October 10, 2012

                                        NOTARY PUBLIC SEAL

**ABLITT LAW OFFICE PC**
**304 CAMBRIDGE ROAD**
**WOBURN, MA 01801-6012**

*619 - 621 Stevens Street, Lowell, MA 01851*

182.0265[FC#2]/Moynihan