UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEUTSCHE BANK NATIONAL TRUST COMPANY,
AS TRUSTEE FOR IXIS 2006-HE3,

        Plaintiff

v.                                                                           Case No.

JAMES P. MOYNIHAN and DURHAM
COMMERCIAL CAPITAL CORP.

        Defendants

## DISCLOSURE STATEMENT
## LOCAL RULE 7.3(A)

Pursuant to Rule 7.3(a) of the Federal Rules of Civil Procedure, Defendant, Deutsche Bank National Trust Company, as Trustee for IXSI 2006-HE3 ("Deutsche Bank"), hereby files this statement identifying its parent companies and any publicly held corporation that owns 10% of its stock:

1. Deutsche Bank is a principal subsidiary of Deutsche Bank, AG, a German corporation.

2. No other publicly held corporation owns 10% of more of Deutsche Bank's stock.

Dated: December 16, 2015                    Respectfully submitted,
                                                           Defendant,
                                                             Deutsche Bank National Trust Company, as
                                                             Trustee for IXSI 2006-HE3,
                                                             By its attorney,

                                                             /s/ John S. McNicholas
                                                             John S. McNicholas, Esq.,
                                                             BBO# 546542
                                                             Korde & Associates, P.C.
                                                             321 Billerica Road, Suite 210
                                                             Chelmsford, MA 02184
                                                             (978) 256-1500 (ext. 203)
                                                             jmcnicholas@kordeassoc.com

1