UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR IXIS 2006-HE3,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES P. MOYNIHAN ,<br><br>    Defendant. | CIVIL ACTION NO. 15-CV-14155-MBB |

**AFFIDAVIT OF KEVIN FLANNIGAN IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

I, Kevin Flannigan, having been duly sworn hereby depose and state the following:

1. I am employed as a Senior Loan Analyst for Ocwen Financial Corporation, whose indirect subsidiary, Ocwen Loan Servicing, LLC ("Ocwen") is the current loan servicer for Deutsche Bank National Trust Company, as Trustee for IXIS 2006-HE3 ("DBNTC as Trustee").

2. In the regular performance of my job functions, I am familiar with the business records maintained by Ocwen for purposes of servicing mortgage loans. These records (which include data compilations, electronically imaged documents, and others) are made at or near the time by, or from information provided by, persons with knowledge of the activity and transactions reflected in such records, and are kept in the regular course of business activity. It is the regular practice of Ocwen's mortgage servicing business to make these records. In connection with making this affidavit, I have personally examined these business records.

3. Attached as Exhibit 3 to DBNTC as Trustee's Statement of Facts in support of its Motion for Summary Judgment is a true and accurate copy of the Note executed by defendant, James Moynihan, on May 1, 2006 in favor of New Century Mortgage Corporation ("New Century") in the original principal amount of $360,000.

4. Attached as Exhibit 4 to DBNTC as Trustee's Statement of Facts in support of its Motion for Summary Judgment is a true and accurate copy of the Mortgage, executed by Moynihan on May 1, 2006, in favor of New Century.

5. Attached as Exhibit 5 to DBNTC as Trustee's Statement of Facts in support of its Motion for Summary Judgment is a true and accurate copy of an Assignment of Mortgage dated November 11, 2008, and effective May 7, 2008, from New Century to DBNTC as Trustee.

34730977v1 0986205

6. Attached as Exhibit 6 to DBNTC as Trustee's Statement of Facts in support of its Motion for Summary Judgment is a true and accurate copy of and April 16, 2010 letter from Saxon Mortgage Services Inc. confirming that loan servicing transferred to Ocwen Loan Servicing, LLC effective April 16, 2010.

7. Attached as Exhibit 7 to DBNTC as Trustee's Statement of Facts in support of its Motion for Summary Judgment is a true and accurate copy of the Mortgage Loan Purchase and Sale Agreement entered into between New Century and NC Capital.

8. Attached as Exhibit 8 to DBNTC as Trustee's Statement of Facts in support of its Motion for Summary Judgment is a true and accurate copy of the Third Amended and Restated Mortgage Loan Purchase and Warranties Agreement dated April 1, 2006, entered into between NC Capital and IXIS Real Estate Capital Inc.

9. Attached as Exhibit 9 to DBNTC as Trustee's Statement of Facts in support of its Motion for Summary Judgment is a true and accurate copy of the Unaffiliated Seller's Agreement dated September 1, 2006, entered into between IXIS Real Estate Capital Inc. and Morgan Stanley ABS Capital I Inc.

10. Attached as Exhibit 10 to DBNTC as Trustee's Statement of Facts in support of its Motion for Summary Judgment is a true and accurate copy of the Pooling and Servicing Agreement ("PSA") dated as of September 1, 2006 between Master Financial Inc. as Servicer IXIS Real Estate Capital Inc., as Unaffiliated Seller, and Deutsche Bank National Trust Company as Trustee and Custodian.

11. Attached as Exhibit 11 to DBNTC as Trustee's Statement of Facts in support of its Motion for Summary Judgment is a true and accurate redacted copy of the Mortgage Loan Schedule to the PSA dated as of September 1, 2006 between Master Financial Inc. as Servicer IXIS Real Estate Capital Inc., as Unaffiliated Seller, and Deutsche Bank National Trust Company as Trustee and Custodian.

12. Attached as Exhibit 12 to DBNTC as Trustee's Statement of Facts in support of its Motion for Summary Judgment is a true and accurate copy of the Limited Power of Attorney recorded in the North Middlesex Registry of Deeds at Book 25043, Page 286.

13. Attached as Exhibit 16 to DBNTC as Trustee's Statement of Facts in support of its Motion for Summary Judgment is a true and accurate copy of the Note Possession History, showing that DBNTC as Trustee acquired physical possession of the original Note on or about May 12, 2006.

14. Attached as Exhibit 17 to DBNTC as Trustee's Statement of Facts in support of its Motion for Summary Judgment is a true and accurate copy of the November 21, 2011 Attorney Bailee Letter from Ocwen to Ablitt releasing Note to Ablitt in order to pursue foreclosure.

15. Attached as Exhibit 19 to DBNTC as Trustee's Statement of Facts in support of its Motion for Summary Judgment is a true and accurate copy of the Lost Note Affidavit, with supporting documentation.

34730977v1 0986205

16. DBNTC as Trustee did not transfer, sell, or assign the mortgage loan after it received it from Morgan Stanley pursuant to the PSA.

Signed under the pains and penalties of perjury this 27th day of February, 2017.

OCWEN LOAN SERVICING, LLC,

By: Kevin Flannigan

Its: Senior Loan Analyst for Ocwen Financial Corporation, whose indirect subsidiary is Ocwen Loan Servicing, LLC, as servicer for Deutsche Bank National Trust Company, as Trustee for IXIS 2006-HE3