

Comments Inquiry For: 71791636

Date: 10/25/2016   8:59:08 AM   By: townshen   Hester Townshen   Gen By: User
Class: VT   Vault   ☒ Rpt in Comm Log
Alias: NOTLST   Gen Mthd: Manual   ☐ View as Warning
Std Cde: VT   Seq: 0033   ☐ Disp in Stat Area

```
Lost Note Affidavit Received
Note Possession History for OLS # 71791636:

05/12/2006- Deutsche bank received the collateral file including the original note.
07/20/2011- Deutsche bank released the file to Ocwen.
07/27/2011- Ocwen received the file from Deutsche bank.
08/09/2011- Ocwen released the file back to Deutsche bank.
08/16/2011- Deutsche bank received the file from Ocwen.
10/18/2011- Deutsche bank released the file to Ocwen.
11/03/2011- Ocwen received the file from Deutsche bank.

On 11/21/2011 Ocwen Bailee'd the original note to Ablitt|Scofield, PC.
The original note has not yet been returned.

As Ablitt|Scofield, PC the original note cannot be retrieved and the current
location of the original note cannot be determined.

Ocwen executed an LNA for this loan on 09/12/2016; a scan of the LNA has been sent
for attribution in REALDoc Vault.

On 09/13/2016: File forwarded to Margaret Curley Nash at Hinshaw Culbertson via UPS
tracking d# 1Z38E65Y0191483564.

The original LNA has not been returned to Ocwen.
```